UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ATLASRHINO, INC. dba ZENAPTIC CHIROPRACTIC, a Washington corporation, and TROY DREILING, an individual and the president of Atlasrhino, Inc.,<br><br>　　　　　　　Defendants. | NO. 3:24-CV-05853-MJP<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** |

　　Pursuant to Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Counterclaims (Dkt. No. 20), filed on December 20, 2024, and good cause appearing,

　　IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Answer or otherwise respond to Defendants' Counterclaims is extended from the current deadline of January 10, 2025, up to and through January 24, 2025.

　　DATED this 15th day of January, 2025.

　　　　　　　　　　　　　　　　　*/s/ Marsha J. Pechman/*
　　　　　　　　　　　　　　　　　THE HONORABLE MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE