UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>ATLASRHINO, INC. dba ZENAPTIC CHIROPRACTIC, a Washington corporation, and TROY DREILING, an individual and the president of Atlasrhino, Inc.,<br><br>Defendants. | NO. 3:24-CV-05853-MJP<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** |

Pursuant to Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Counterclaims filed on December 20, 2024, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Answer or otherwise respond to Defendants' Counterclaims is extended from the current deadline of January 24, 2025, up to and through January 31, 2025.

DATED this 29th day of January, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE