The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, A FOREIGN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ATLASRHINO, INC. DBA ZENAPTIC CHIROPRACTIC, A WASHINGTON CORPORATION, AND TROY DREILING, AN INDIVIDUAL AND THE PRESIDENT OF ATLASRHINO, INC.,<br><br>Defendants.<br><br>ATLASRHINO, INC. DBA ZENAPTIC CHIROPRACTIC, A WASHINGTON CORPORATION, AND TROY DREILING, AN INDIVIDUAL AND THE PRESIDENT OF ATLASRHINO, INC.,<br><br>Counter Claimants,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, A FOREIGN COMPANY,,<br><br>Counter Defendant. | Case No. 3:24-cv-05853-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES RE PLAINTIFF AND COUNTER DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S 12(B)(6) MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM RE BAD FAITH [DKT. 27]**<br><br>**NOTE ON MOTION CALENDAR RE-NOTED TO: FEBRUARY 14, 2025**<br><br>**(WITHOUT ORAL ARGUMENT)** |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES RE PLAINTIFF AND COUNTER DEFENDANT'S 12(B)(6) MOTION TO DISMISS COUNTERCLAIM - CASE NO. 3:24-CV-05853-MJP

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

Plaintiff and Counter Defendant COUNTRY Mutual Insurance Company ("COUNTRY") and Defendants AtlasRhino, Inc. dba Zenaptic Chiropractic and Troy Dreiling ("Defendants") (collectively the "Parties") by and through their counsel of record, hereby stipulate as follows:

The Parties are engaging in discussions regarding the issues presented in Defendants' counterclaims and COUNTRY's motion to dismiss in an effort to resolve these issues amicably. The Parties respectfully request additional time to explore such resolution.

Pursuant to Fed. R. Civ. P. 6(b), the Parties respectfully move this Court to extend the briefing schedule related to Plaintiff and Counter Defendant COUNTRY Mutual Insurance Company's Rule 12(b)(6) Motion to Dismiss Defendants' Counterclaim re Bad Faith [Dkt. 27] to coincide with the new noting date of March 14, 2025, per the Notice of Motion Re-noted filed by COUNTRY in the above-captioned case February 13, 2025 [Dkt. 29], as follows:

| Briefing Deadline | Current Due Date | Revised Due Date |
| --- | --- | --- |
| Defendants' Response | February 21, 2025 | March 7, 2025 |
| COUNTRY's Reply | February 28, 2025 | March 14, 2025 |

In consideration of information presented in this stipulated motion, the Parties respectfully request this Court to enter an order extending the briefing deadlines, as set forth above.

**IT IS SO ORDERED.**

DATED this 18 day of February, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING DEADLINES RE PLAINTIFF AND COUNTER
DEFENDANT'S 12(B)(6) MOTION TO DISMISS
COUNTERCLAIM - CASE NO. 3:24-CV-05853-MJP

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

2

4901-7196-9050.v1

*Stipulated to and Presented by:*

**SELMAN LEICHENGER EDSON**
**HSU NEWMAN & MOORE LLP**

By:   *s/ H. Matthew Munson*
      H. Matthew Munson, WSBA# 32019
      Daehyun Kim, WSBA# 54955
      600 University Street, Suite 2305
      Seattle, WA 98101
      Tel.:    206.447.6461
      Email: mmunson@selmanlaw.com
             dkim@selmanlaw.com

      *Attorneys for Plaintiff and Counter Defendant*
      *COUNTRY Mutual Insurance Company*

I certify that this memorandum contains 212 words, in compliance with the Local Civil Rules.

**PATERNOSTER FARNELL & GREIN, LLP**

By:   *s/ Gabriel J. Le Chevallier*
      Gabriel J. Le Chevallier, WSBA #62008
      1030 SW Morrison Street
      Portland, OR 97205
      Tel.:    503.222.1812
      Email: glechevallier@pfglaw.com

      *Attorney for Defendants*

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES RE PLAINTIFF AND COUNTER DEFENDANT'S 12(B)(6) MOTION TO DISMISS COUNTERCLAIM - CASE NO. 3:24-CV-05853-MJP

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

3

4901-7196-9050.v1

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing **STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES RE PLAINTIFF AND COUNTER DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S 12(B)(6) MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM RE BAD FAITH [DKT. 27]** with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 14th day of February, 2025.

*Mia Tenorino*

Mia Tenorino
Legal Secretary
mtenorino@selmanlaw.com

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES RE PLAINTIFF AND COUNTER DEFENDANT'S 12(B)(6) MOTION TO DISMISS COUNTERCLAIM - CASE NO. 3:24-CV-05853-MJP

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

4

4901-7196-9050.v1