The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign company,<br><br>                      Plaintiff,<br><br>    v.<br><br>ATLASRHINO, INC. DBA ZENAPTIC CHIROPRACTIC, a Washington corporation, and TROY DREILING, an individual and the president of Atlasrhino, Inc.,<br><br>                      Defendants. | No. 3:24-cv-05853-MJP<br><br>**STIPULATED MOTION AND ORDER TO STAY PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS DEFENDANTS' SECOND COUNTERLCAIM**<br><br>**NOTED ON MOTION CALENDAR: MARCH 4, 2025**<br><br>**(WITHOUT ORAL ARGUMENT)** |

      Plaintiff and Counter Defendant COUNTRY Mutual Insurance Company ("Country") and Defendants and Counterclaimants AtlasRhino, Inc. dba Zenaptic Chiropractic and Troy Dreiling ("Defendants") (collectively the "Parties") by and through their counsel of record, hereby stipulate as follows:

      The Parties have agreed to a resolution that moots Country's Rule 12(b)(6) Motion to Dismiss Defendants' Counterclaim re Bad Faith [Dkt. 27]. Country agrees to stay its Second Claim for Relief (Declaratory Judgment – Duty to Indemnify) pending final resolution of the underlying lawsuit giving rise to this coverage action. Country will also withdraw the pending Rule 12(b)(6) Motion. In exchange for Country's agreements, Defendants agree to dismiss

**STIPULATED MOTION AND ORDER TO STAY PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS DEFENDANTS' SECOND COUNTERLCAIM**
– PAGE 1 (Case No. 3:24-cv-05853-MJP)

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812  FAX: (503) 274-7979

1105 106211 4932-3838-9539 .v1

1  without prejudice their Second Counterclaim (Bad Faith).  The Parties respectfully request the
2  Court enter an order consistent with the foregoing.
3      In consideration of information presented in this stipulated motion, the Court orders
4  that: (1) Country's Second Claim for Relief (Declaratory Judgment – Duty to Indemnify) is
5  stayed pending final resolution of the underlying lawsuit giving rise to this coverage action and
6  (2) Defendants' Second Counterclaim (Bad Faith) is dismissed without prejudice and without
7  costs to either Party.
8      **IS SO ORDERED.**
9      DATED this 11th day of March, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

**STIPULATED MOTION AND ORDER TO STAY PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS DEFENDANTS' SECOND COUNTERLCAIM**
– PAGE 2 (Case No. 3:24-cv-05853-MJP)

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812  FAX: (503) 274-7979

1105 106211 4932-3838-9539 .v1

*Stipulated and Presented by:*

PATERNOSTER FARNELL & GREIN, LLP

  /s/ Gabriel J. Le Chevallier
Gabriel J. Le Chevallier, WSBA #62008
E-mail: glechevallier@pfglaw.com
1030 SW Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812
Fax: (503) 274-7979

*Attorney for Defendants*

I certify that this memorandum contains 184 words, in compliance with the Local Civil Rules.

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP

  /s/ H. Matthew Munson
H. Matthew Munson, WSBA# 32019
Email: mmunson@selmanlaw.com
Daehyun Kim, WSBA# 54955
Email: dkim@selmanlaw.com
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

*Attorneys for Plaintiff*

**STIPULATED MOTION AND ORDER TO STAY PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS DEFENDANTS' SECOND COUNTERLCAIM**
– PAGE 3 (Case No. 3:24-cv-05853-MJP)

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812  FAX: (503) 274-7979

1105 106211 4932-3838-9539 .v1