# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>ATLASRHINO INC, et al.,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:24-cv-05853-BHS |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Because Country Mutual's insurance policies do not conceivably cover the workplace misconduct alleged against Atlasrhino and Dreiling in the underlying case, there is no duty to defend or indemnify as a matter of law. Country Mutual's motion for summary judgment, Dkt. 38, is **GRANTED**. Atlasrhino and Dreiling's cross-motion for summary judgment, Dkt. 50, is **DENIED**.

This case is closed.

Dated this 5th day of December, 2025.

Ravi Subramanian
Clerk

*s/Michael Williams*
Deputy Clerk